In the Matter of EAST HENRIETTA TAVERN, INC., Doing Business as HALF DOLLAR TAVERN, Petitioner, v NEW YORK

STATE LIQUOR AUTHORITY, Respondent. [638 NYS2d 569] —Determination unanimously annulled on the law without costs and petition granted. Memorandum: Upon our review of the record, we agree with the Hearing Officer that there is insufficient proof to sustain the charge *(see, 300 Gramatan Ave. Assocs. v State Div. of Human Rights,* 45 NY2d 176). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Monroe County, Calvaruso, J.) Present—Lawton, J. P., Fallon, Callahan, Balio and Boehm, JJ.